UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARIA SAGHIR,

                Petitioner,

     v.                                                **ORDER**
                                                  09-MC-26S

SECRETARY, U.S. DEPARTMENT OF
HOMELAND SECURITY, ET AL.,

                Respondents.

     1.      On April 14, 2009, Petitioner filed a Writ of Mandamus requesting that Respondents be directed to process her application for naturalization "to conclusion." (Docket No. 1.)

     2.      On June 18, 2009, Respondents filed a Motion to Dismiss the Writ on the grounds that it is now moot.  (Docket No. 5.)  In particular, Respondents assert and demonstrate that Petitioner's application for naturalization was denied on June 10, 2009, and thus her application has been processed to conclusion.  (Mitchell Aff., Docket No. 5-2, Exhibit A.)

     3.      Because Petitioner has received the relief she requests, and because this Court is at this time in agreement with the reasoning and decision in Bustamante v. Chertoff, 533 F.Supp.2d 373, 375 (S.D.N.Y. 2008) (holding that U.S. CIS's adjudication of a naturalization application rendered moot the federal court action due to concurrent jurisdiction for purposes of 8 U.S.C. § 1447(b)), Petitioner's Writ of Mandamus is moot and will be dismissed.

IT HEREBY IS ORDERED, that Respondents' Motion to Dismiss (Docket No. 5) is GRANTED.

FURTHER, that Petitioner's Petition for Writ of Mandamus (Docket No. 1) is DISMISSED as moot.

FURTHER, that the Clerk of the Court is directed to close this case.

SO ORDERED.

Dated:      June 29, 2009
            Buffalo, New York

/s/William M. Skretny
WILLIAM M. SKRETNY
United States District Judge
